Date: 08/02/11                          Page: 1

## DIVIDENDS REMITTED TO THE COURT

Case Number 09-45726 - WEATHERS CONSTRUCTION

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| NORTHERN STATES POWER CO<br>DBA XCEL ENERGY<br>3215 COMMERCE STREET<br>LA CROSSE WI 54603 | 000001 | 302.78 | 0.74 |
| ---------- Remittance Total ---------------- | | 302.78 | 0.74 |

TIMOTHY D. MORATZKA, Trustee

RECEIVED 11 AUG -4 AM 9: 34 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN